# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| WILEY DALLAS JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00267-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NC DEPARTMENT OF PUBLIC | ) | |
| SAFETY, et al , | ) | |
| | **)** | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2019 Order.

May 6, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court